1  William Silverstein
2  3540 Wilshire Blvd. Suite 1205
   Los Angeles, CA 90010
3  (213) 632-5297
4  *In Propria Personum*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 1 5 2014

Sherri R. Carter, Executive Officer/Clerk
By Cristina Grijalva, Deputy

CALIFORNIA SUPERIOR COURT
COUNTY OF LOS ANGELES
CENTRAL DISTRICT - UNLIMITED CIVIL

| | |
|---|---|
| William Silverstein,<br>    Plaintiff,<br><br>vs.<br><br>One Technologies, L.P.,  Michael Persaud,  and<br>DOES 1-50 inclusive;<br>    Defendants, | CASE NO. **BC 5 3 3 1 4 1**<br><br>**COMPLAINT FOR DAMAGES**<br><br>1.    Violations of Business and<br>      Professions Code § 17529.5<br><br>**JURY TRIAL DEMANDED** |

## INTRODUCTION

1.   This action is a for illegal unsolicited commercial e-mails aka SPAM advertising Defendants web sites and products.

2.   Defendant hired Persaud to send of all of the complained of e-mails for them, despite the fact that Persaud had a six figure judgment against him for illegal spam, that Persaud pled guilty in connection his fraud upon the United States Navy, and Persaud pled guilty in connected with his charges for illegal spamming. Persaud, a defendant in this case, has continued to flagrantly violate the anti-spam laws as set forth hereinafter.

## PARTIES

3.   Plaintiff WILLIAM SILVERSTEIN is an individual operating as a sole proprietor under the laws of the State of California and qualified and doing business under his own name with a principal place of business in Los Angeles, California.

4.   Plaintiff that is an intermediary in sending or receiving electronic mail and provides registered users the ability to send or receive electronic mail through equipment located in the

-1-                                    COMPLAINT FOR DAMAGES

1    State of California.

2        5.  Plaintiff is an *"Electronic mail service provider"* as defined by California Business

3    and Professions Code § 17529.1(h).

4        6.  Plaintiff is a professional software developer with over thirty years of professional

5    software experience. Plaintiff has experience writing electronic mail ("e-mail") client and

6    server programs as well as other internet software. Plaintiff has operated web sites and Internet

7    accessible bulletin boards for more than twenty years.

8        7.  Plaintiff is informed and believes and thereon alleges that Defendant One

9    Technologies, L.P. , is a Delaware Corporation located in Texas.

10       8.  Plaintiff is informed and believes and thereon alleges that Michael Persaud is an

11   individual residing in San Diego, California.

12       9.  Plaintiff is informed and believes and thereon alleges that a Court has awarded

13   America Online a judgment against Michael Persaud for illegal spamming in the amount of

14   $580,409.32.

15       10. Plaintiff is informed and believes and thereon alleges that Michael Persaud has pled

16   guilty to charges of misappropriation of government property 18 U.S.C. 641 in June of 2000.

17       11. Plaintiff is informed and believes and thereon alleges that Michael Persaud was

18   charged with and pled guilty to criminal charges related to illegal spamming.

19       12. Plaintiff is informed and believes and thereon alleges that Defendant One

20   Technologies, L.P. had hired, in some manner, Michael Persaud to transmit some the e-mails

21   advertising their web sites.

22       13. Plaintiff is ignorant of the true names and capacity of Defendants sued herein as

23   DOES 1-50, inclusive, and therefore sues those Defendants by such fictitious names. Plaintiff

24   will amend this complaint to allege their true names and capacities when ascertained.

25       14. Plaintiff is informed and believes and thereon alleges that each of the fictitiously

26   named Defendants is responsible in some manner for the occurrences herein. Plaintiff is

27   informed and believes and thereon alleges that these occurrences are the proximate cause of

28   damages to Plaintiff

29

30       15. Plaintiff is informed and believes and thereupon alleges that at all times relevant,

31   the herein DOE Defendants were the agents, servants, employees, and the co-conspirators of

-2-                          COMPLAINT FOR DAMAGES

1   the named Defendants and all Defendants are doing the things hereinafter mentioned were

2   acting within the course and scope of their authority as such agents, servants, and employees

3   with the permission, consent, and encouragement of their co-Defendants.

4       16. Plaintiff is informed and believes and thereon alleges that Defendants have a high

5   degree of control over any agents that have been contracted and paid to send advertising

6   through e-mail.

7       17. Plaintiff is informed and believes and thereon alleges that Defendants have a

8   refused take any actions to prevent their agents from sending e-mails which violate the law.

9

10                    **JURISDICTION AND VENUE**

11      18. The harm occurred within the jurisdiction of this Court as the e-mail messages

12  complained of herein were received by Plaintiff in Los Angeles, California.

13      19. The harm occurred within the jurisdiction of this Court as the e-mails complained of

14  herein were unlawfully relayed through Plaintiff's servers located within Los Angeles County

15  of California.

16      20. Plaintiff is informed and believes and thereon alleges that all Defendants regularly

17  solicit business from residents of the State of California.

18      21. Plaintiff is informed and believes and thereon alleges that Defendant Michael

19  Persaud resides in San Diego, California.

20

21  **SOME TECHNICAL BACKGROUND**

22      22. A bounce e-mail, also known as "Bounce" is electronic mail that is returned to the

23  sender because it cannot be delivered for some reason, typically as a result of being sent to an

24  invalid e-mail address.

25      23. A "redirecting link" is a link contained within an e-mail which when clicked on,

26  will take the user to another web site.

27      24. A mail-loop is a situation which develops when e-mail is forwarded to another e-

28  mail account and is eventually forwarded back to an earlier forwarder in the chain, resulting in

29  an e-mail being infinitely forwarded.

30                  **FACTS COMMON TO ALL CLAIMS**

31      25. Plaintiff is complaining of at more than 380 e-mails.

COMPLAINT FOR DAMAGES

EXHIBIT A PAGE 11

26. Plaintiff expects to discover more e-mails as discovery progresses this lawsuit.

27. Each of the e-mails e-mails advertised a redirecting link which in turn advertised the domain name, and the web site belonging to Defendant One Technologies, L.P

28. Plaintiff is informed and believes and thereupon alleges that Defendants hired a convicted criminal, Michael Persaud, to send some or all of the complained of e-mails.

29. Defendant  Defendant One Technologies, L.P.  is strictly liable for the spam as it advertised their domain names and products, regardless of their knowledge of the spam being sent. Hypertouch, Inc. v. ValueClick, Inc., 192 Cal. App. 4th 805.

30. Some of the complained of e-mails contains the third party domain name yahoo.com which Plaintiff is informed and believes, and therefore alleges were used without the permission of the owner of the domain name.

31. Some of the complained of e-mails e-mails included falsified *"Delivered-To"* headers.

32. Plaintiff is informed and believes and thereupon alleges that from lines in the headers were falsified.

33. Plaintiff was the mail service provider of many of the complained of e-mails.

34. Plaintiff is the recipient of some of the complained of e-mails.

35. Plaintiff is informed and believes, and therefore alleges that each of the complained e-mails had domain names contained within the "From" lines which were registered through an anonymous proxy service or registered using false information.

36. Plaintiff is informed and believes and thereupon alleges that Defendants knew that each of the complained e-mails were not wanted by the recipient.

37. Plaintiff is informed and believes and thereupon alleges that Defendants knew that each of the complained e-mails were not wanted by the mail service provider.

-4-

COMPLAINT FOR DAMAGES

# FIRST CAUSE OF ACTION

## (VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17529.5)

38. Plaintiff hereby incorporates by reference paragraphs 1 through 37, inclusive, as if the same were fully set forth herein.

39. Each of the complained of e-mails were not solicited.

40. Each of the complained of e-mails traversed Plaintiff's mail server.

41. Plaintiff's e-mail addresses are California e-mail addresses as defined by California Business and Professions Code § 17529.1(b).

42. Each of the e-mail addresses that the e-mails were sent to are California e-mail addresses as defined by California Business and Professions Code § 17529.1(b).

43. Plaintiff is informed and believes and thereupon alleges that at all times relevant, the herein mentioned Defendants knew that their activities were in violation of the law.

44. Plaintiff was the mail service provider for each of the complained of e-mails.

45. For each of the complained of e-mails, each were had been processed by Plaintiff's server.

46. Plaintiff is informed and believes, and therefore alleges that each of the senders' from lines did not represent a real company.

47. Plaintiff is informed and believes, and therefore alleges that domain names contained within the from lines of the e-mails were registered through an anonymous proxy or using false information and could not be readily traced back to the true sender of the e-mails.

48. Plaintiff is informed and believes, and therefore alleges that each of the from lines in the e-mails were designed to prevent e-mail recipients from being able to identify the sender of the e-mails.

49. Plaintiff is informed and believes, and therefore alleges that each of the from lines in the e-mails were designed to prevent e-mail recipients from being able to contact the sender of the e-mails.

50. Plaintiff is informed and believes, and therefore alleges that each of the from lines in the e-mails were designed to prevent e-mail recipients from being able to identify the sender of the e-mails.

51. Plaintiff is informed and believes, and therefore alleges that complained of e-mails purported contained "From" lines containing nonsensically named domain names.

-5-

COMPLAINT FOR DAMAGES

EXHIBIT A PAGE 13

52. Plaintiff is informed and believes, and therefore alleges that complained of e-mails purported contained "From" lines domain names which did not identify the sender.

53. Plaintiff is informed and believes, and therefore alleges that complained of e-mails purported contained "From" lines domain names which did not identify the advertiser.

54. Plaintiff is informed and believes, and therefore alleges that each of the aforementioned domain names were either registered using a anonymous domain name proxy service or using falsified information.

55. Plaintiff is informed and believes, and therefore alleges that a whois lookup on each of the domain names contained within the e-mails would not have identified either the sender or advertiser.

56. Plaintiff is informed and believes, and therefore alleges that complained of e-mails contained "From" lines which included a non-functioning e-mail address.

57. Plaintiff is informed and believes, and therefore alleges that aforementioned non-functioning e-mail addresses inclusion of a non-functioning e-mail address impaired the ability of the recipient of the e-mails to contact the sender of the e-mail.

58. Plaintiff is informed and believes, and therefore alleges that aforementioned non-functioning e-mail addresses inclusion of a non-functioning e-mail address impaired the ability of the e-mail service provider to contact the sender of the e-mail.

59. The inclusion of a non-functioning e-mail address impaired the ability of the recipient of the e-mails to contact the sender of the e-mail.

60. Plaintiff is informed and believes, and therefore alleges that complained of e-mails purported contained "From" lines stating that it came from businesses that did not clearly identify the Defendants.

61. Plaintiff is informed and believes, and therefore alleges that each of the complained of e-mails purported advertised a redirecting link which when activated would have direct the recipient to a web site of contained "From" lines to be from an e-mail addresses that were not functioning.

62. Each of the complained of e-mails advertised a redirecting link, when in turn directed the user to the final advertised web site, belong to Defendant

63. WHEREFORE, Plaintiff prays for judgment against Defendants damages as set forth in the Prayer for relief.

-6-                    COMPLAINT FOR DAMAGES

EXHIBIT A PAGE 14

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them as follows:

A.    Statutory damages, under Cal. Bus. & Prof. Code § 17529.5 of $1,000 each for the spam e-mails received which advertising Defendant's domain names;

B.    General damages in an amount to be determined at trial;

C.    Attorney's fees and costs as allowed by law; and

D.    For such other and further relief as the Court may deem just and proper.


Dated:        January 14, 2014



Plaintiff,

William Silverstein, Plaintiff

-7-

COMPLAINT FOR DAMAGES



U.S. POSTAGE
PAID
LOS ANGELES,CA
90020
JUN 14
14
AMOUNT
$7.82
0008-4988-11
78701



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL
7013 3020 0000 2590 4655



Corporation Service Company
211 East 7th St. Ste 620
Austin, TX 78701

M. Silverstein
3540 Wilshire Blvd #417
Los Angeles, CA 90010



EXHIBIT A PAGE 16