1  Gerald E. Hawxhurst (Bar No. 220327)
2   jerry@cronehawxhurst.com
3  Joshua P. Gelbart (Bar No. 274021)
    jgelbart@cronehawxhurst.com
4  CRONE HAWXHURST LLP
5  10880 Wilshire Blvd., Suite 1150
   Los Angeles, California 90024
6  Telephone:   (310) 893-5150
7  Facsimile:    (310) 893-5195

8  Attorneys for Defendant
   One Technologies, L.P.
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13

14  WILLIAM SILVERSTEIN,                    Case No.: 2:14-cv-05724

15              Plaintiff,                  **DEFENDANT'S DISCLOSURE
                                            PURSUANT TO FEDERAL RULE
16        v.                                OF CIVIL PROCEDURE 7.1**

17  ONE TECHNOLOGIES, L.P.,
    MICHAEL PERSAUD, and DOES 1-
18  50 inclusive,

19              Defendants.

20

21

22

23

24

25

26

27

28

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 7.1, defendant One Technologies, L.P. hereby states that at the time of this filing, One Technologies, L.P. cannot disclose whether a parent corporation or publically held corporation owns 10% or more of One Technologies, L.P.'s stock because this information is confidential.  Upon being assigned to a judicial officer, One Technologies, L.P. will immediately file an amended disclosure pursuant to Federal Rule of Civil Procedure 7.1 provisionally under seal.

DATED:  July 23, 2014                    CRONE HAWXHURST LLP

By: _____ /s/ Gerald E. Hawxhurst _____
Gerald E. Hawxhurst
Attorneys for defendant
One Technologies, L.P.

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195