John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Gerald E. Hawxhurst, State Bar No. 220327
*jerry@cronehawxhurst.com*
Joshua P. Gelbart, State Bar No. 274021
*jgelbart@cronehawxhurst.com*
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, CA 90024
Telephone: (310) 893-5150
Facsimile: (310) 893-5195

Attorneys for Defendant
One Technologies, L.P.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WILLIAM SILVERSTEIN,

Plaintiff,

v.

ONE TECHNOLOGIES, L.P., et al.

Defendants.

No.: LACV14-05724-BRO (VBKx)

**NOTICE OF MOTION AND DEFENDANT ONE TECHNOLOGIES, L.P.'S MOTION TO DISMISS UNDER RULE 12(b)(6)**

Date: October 20, 2014
Time: 1:30 p.m.
Dept.: Courtroom 14—Spring Street
Judge: Hon. Beverly Reid O'Connell

Action Removed: July 23, 2014

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 20, 2014, at 1:30 p.m., or at the earliest practicable time thereafter on this Court's schedule, in the courtroom of the Honorable Beverly Reid O'Connell, located in Courtroom 14 at 312 North Spring Street, Los Angeles, CA 90012-4701, Defendant One Technologies, L.P. will, and hereby does, move the Court under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff William Silverstein's Complaint for failure to state a claim upon which relief can be granted, on two grounds:

1. The federal CAN-SPAM Act of 2003, 15 U.S.C. § 7701, et seq., preempts all claims brought under Cal. Bus. & Prof. Code § 17529.5 that lack evidence of reliance or actual damages and thus do not sound in tort.
2. Plaintiff William Silverstein has failed to identify a cognizable theory or allege sufficient facts to support the legal theories underlying his Section 17529.5 claims.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities and declaration filed herewith, the Court's file in this action, the arguments of counsel, and any other matter that the Court may properly consider.

This Motion is made following an L.R. 7-3 conference between counsel for Defendant One Technologies, L.P. and Plaintiff William Silverstein, pro se, which took place on August 13, 2014.

Dated September 18, 2014.

Respectfully Submitted,

NEWMAN DU WORS LLP

By: s/ John Du Wors
John Du Wors, State Bar No. 233913
john@newmanlaw.com

Attorneys for Defendant
One Technologies, L.P.