William Silverstein
3540 Wilshire Blvd. Suite 417
Los Angeles, CA
(213) 373-5292

onetechcase@sorehands.com
Pro Se Plaintiff

2014 SEP 17 PM 12: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SILVERSTEIN<br>     Plaintiff,<br>v.<br>ONE TECHNOLOGIES, L.P.,<br>MICHAEL PERSAUD, and DOES<br>1- 50 inclusive<br>     Defendant(s). | Case No.: 14-CV-05724 BRO (VBKx)<br><br>APPLICATION FOR ENTRY<br>OF DEFAULT AGAINST<br>ONE TECHNOLOGIES, L.P.<br><br>Honorable Beverly Reid O'Connell |

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff William Silverstein requests that the Clerk enter the default of the Defendant One Technologies, L.P. on the ground that above-named Defendant One Technologies, L.P. failed to respond to the complaint within the time dictated by the Federal Rules of Procedure.

Plaintiff served the summons and complaint prior to removal and stipulated extension for Defendant One Technologies, L.P to respond to the complaint in this action this action expired on August 29, 2014. Defendant One Technologies, L.P. failed to respond to the complaint.

. Defendant One Technologies, L.P. was served prior to removal in accordance with California Code of Civil Procedure § 415.40 on June 14, 2014. (See Silverstein Decl.

Exhibit A.)

On June 30, 2014 Plaintiff William Silverstein and Defendant One Technologies, L.P. stipulated to an extension of time to respond until August 29, 2014. (See Silverstein Decl. Exhibit B.) Pursuant to the aforementioned stipulation, the applicable time limit for the Defendant One Technologies, L.P. to appear or otherwise respond to this action expired on August 30, 2014.

Defendant One Technologies, L.P. failed to answer or respond to the complaint as of September 16, 2014.

Dated: September 16, 2014

Respectfully Submitted,

_____
William Silverstein,
Plaintiff

**PROOF OF SERVICE**

STATE OF CALIFORNIA,        )
COUNTY OF LOS ANGELES    )

I am a resident of the County of Los Angeles, State of California and I am over the age of 18 and not a party to the within action. My work address is 3540 Wilshire Blvd., Los Angeles, CA.

On the date shown below, I served the foregoing document(s) entitled:

"APPLICATION FOR ENTRY OF DEFAULT AGAINST ONE TECHNOLOGIES, L.P., DECLARATION OF WILLIAM SILVERSTEIN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST ONE TECHNOLOGIES, L.P."

on the interested parties in this action by placing a true and correct copy of such document(s) in a sealed envelope(s) addressed as follows:

John DuWors, Esq.
Newman DuWors LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101

(the "Addressee") and serving such document(s) as follows:

X REGULAR MAIL. On the service date set forth hereinabove in the County of Los Angeles, I deposited such envelope(s) with postage thereon fully prepaid in the United States mail.

Executed on September 17,, 2014, at Los Angeles, California.

I declare under penalty of perjury of the laws of the United States that the above is true and correct.

*/s/ Michelle Valle*

Michelle Valle