William Silverstein
3540 Wilshire Blvd. Suite 417
Los Angeles, CA
(213) 373-5292

onetechcase@sorehands.com
Pro Se Paintiff

FILED
2014 OCT -8 AM 11:44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WILLIAM SILVERSTEIN
Plaintiff,
v.
ONE TECHNOLOGIES, L.P., et al.
Defendant(s).

Case No.: 14-CV-05724 BRO (VBKx)

DECLARATION OF WILLIAM SILVERSTEIN IN RESPONSE TO THE SUPPLEMENTAL DECLARATION OF JOHN DU WORS IN SUPPORT OF DEFENDANT ONE TECHNOLOGIES, L.P.'S MOTION TO DISMISS UNDER RULE 12(b)(6)

Date:   Monday October 20, 2014
Time:   1:30 p..m.
Place:  Courtroom 14

Honorable Beverly Reid O'Connell

I, William Silverstein, declare:

1. I am the Plaintiff in this case, over eighteen years of age and have personal knowledge of the facts stated herein and am able to testify competently to such facts.

2. John Du Wors now contradicts his prior statement that we met and conferred on Defendant's Motion To Dismiss on August 13, 2014, now claiming that he discussed the motion to dismiss on July 30, 2014 and attaches an e-mail dated July 30, 2014 in support of such claim however, that e-mail does is silent on the issue generally and specifically. We did not so discuss any matter regarding the Motion To Dismiss other than scheduling. (Compare Dkt. 24 at 2:19-21 and Dkt. 32-1 at 3:6-10.)

3. There was never any meet and confer addressing the merits of Defendant One Technologies, L.P.'s (herein referred to as "Defendant") Motion To Dismiss between myself and any person representing Defendant, including but not limited to John Du Wors.

4. There was never any meet and confer addressing the merits of Defendant's Motion To Dismiss on August 13, 2014 as Defendant claimed in its Motion To Dismiss. (See Dkt. 24 at 2:19-21.) This meet and confer only addressed my Motion To Remand.

5. There was never any meet and confer addressing the merits of Defendant's Motion To Dismiss on July 30, 2014.

6. On July 30, 2014, the only substantiative topics of my discussions with John Du Wors, Esq. were:
   a. that he would prepare and file a stipulation for time to respond to the complaint;
   b. that he would address his Motion To Dismiss, that he had already prepared, with me after I had returned from my family vacation in the Philippines;
   c. Defendant's lack of legal basis for the sealing of Defendant's Notice of Interested Parties;
   d. that I believed that Gerald E. Hawxhurst, Esq. specifically timed his *"APPLICATION for Order for Sealing Confidential Disclosures filed by Defendant One Technologies, L.P."* knowing that I would be out of the country so that I would not be able to oppose it at the time;

    e.    that I was not willing to sign the protective order proffered by Hawxhurst, unless it would provide me with the equivalent of attorney fees for my time in challenging confidentiality designations, otherwise Defendant would improperly classify information. I detailed my concerns that without such provision, that Defendant's would use the fact that normally a pro se party is not entitled to monies for time spent challenging improperly designated information. I explained to Mr. Du Wors that without some potential risk of paying fees to me, Hawxhurst may abuse the confidentiality classifications;

7. Excepting the stipulation for continuance (Dkt. 14), Mr. Du Wors never addressed any issue relating to Defendant's Motion To Dismiss.

8. If there was an actual meet and confer regarding Defendant's Motion To Dismiss, I believe Mr. Du Wors would have confirmed the details by e-mail as he had in our meet and confer regarding my Motion To Remand. See Dkt 21-1 below the line which reads, *"On Wed, August 13, 2014 3:41 pm, John Du Wors wrote:"*.

I declare under penalty of perjury of the laws of the United States of America that the foregoing the is true and correct.

Executed this 7TH day of October 2014, at Los Angeles, California.

_____
William Silverstein

# PROOF OF SERVICE

STATE OF CALIFORNIA, )

COUNTY OF LOS ANGELES )

I am a resident of the County of Los Angeles, State of California and I am over the age of 18 and not a party to the within action. My work address is 3540 Wilshire Blvd., Los Angeles, CA.

On the date shown below, I served the foregoing document(s) entitled:

DECLARATION OF WILLIAM SILVERSTEIN IN RESPONSE TO THE SUPPLEMENTAL DECLARATION OF JOHN DU WORS IN SUPPORT OF DEFENDANT ONE TECHNOLOGIES, L.P.'S MOTION TO DISMISS UNDER RULE 12(b)(6)

on the interested parties in this action by placing a true and correct copy of such document(s) in a sealed envelope(s) addressed as follows:

John DuWors, Esq.

Newman DuWors LLP

1201 Third Avenue, Suite 1600

Seattle, WA 98101

(the "Addressee") and serving such document(s) as follows:

X REGULAR MAIL. On the service date set forth hereinabove in the County of Los Angeles, I deposited such envelope(s) with postage thereon fully prepaid in the United States mail.

Executed on October 7, 2014, at Los Angeles, California.

I declare under penalty of perjury of the laws of the United States that the above is true and correct.

*Michelle Valle*

Michelle Valle

14-CV-05724 BRO(VBK)